IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| NARISTE NETWORKS PTY. LTD., § <br> § <br> *Plaintiff,* § <br> § <br> v. § <br> § <br> SAMSUNG ELECTRONICS CO., LTD. § <br> and SAMSUNG ELECTRONICS § <br> AMERICA, INC., § <br> § <br> *Defendants*. § | No. 2:23-cv-00031-JRG-RSP |

### DEFENDANTS' NOTICE OF FINAL WRITTEN DECISION

Defendants Samsung Electronics Co., Ltd. and Samsung Electronics America, Inc. (collectively "Defendants") respectfully submit this Notice of Final Written Decision. On October 3, 2023, Defendants filed a petition seeking *inter partes* review of certain claims of U.S. Patent No. RE48,206 ("the '206 Patent"), the asserted patent in this case. Defendants submitted a Motion to Stay Pending *Inter Partes* Review on October 25, 2023. *See* Dkt. 58. Plaintiff Nariste Networks Pty. Ltd. ("Plaintiff") filed an Opposition (Dkt. 63) to Defendants' Motion on November 9, 2023, and then subsequently filed an Unopposed Motion to Withdraw Opposition (Dkt. 74) on December 7, 2023. The Court then ordered the case be stayed pending *inter partes* review on December 8, 2023. Dkt. 75.

On April 9, 2025, the Patent Trial and Appeal Board ("PTAB") issued a final written decision in Defendants' *inter* partes review proceeding, determining all challenged claims unpatentable. *See* IPR2023-01374, Paper 27 (PTAB Apr. 9, 2025).

A copy of the PTAB's final written decision in Defendants' *inter* partes review proceeding is attached as Exhibit A to this notice.

1

| | |
|---|---|
| Dated: April 11, 2025 | /s/ Xin-Yi Zhou |

Michael E. Jones
mikejones@potterminton.com
Shaun W. Hassett
shaunhassett@potterminton.com
**POTTER MINTON APC**
102 N. College, Suite 900
Tyler, Texas 75702
Telephone: (903) 597-8311

Melissa R. Smith
Texas Bar No. 24001351
melissa@gillamsmithlaw.com
**GILLAM & SMITH, LLP**
303 South Washington Avenue
Marshall, Texas 75670
Telephone: (903) 934-8450
Facsimile: (903) 934-9257

Darin W. Snyder
dsnyder@omm.com
Luann L. Simmons
lsimmons@omm.com
Mark Liang (*Pro Hac Vice*)
mliang@omm.com
Bill Trac
btrac@omm.com
Sorin G. Zaharia (*Pro Hac Vice*)
szaharia@omm.com
**O'MELVENY & MYERS LLP**
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
Telephone: (415) 984-8700

Xin-Yi Zhou
vzhou@omm.com
Laura Burson
lburson@omm.com
Hyun Min Han (*Pro Hac Vice*)
kelvinhan@omm.com
**O'MELVENY & MYERS LLP**
400 S. Hope Street, 19th Floor
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

2

Patric Reinbold (*Pro Hac Vice*)
preinbold@omm.com
**O'MELVENY & MYERS LLP**
1625 Eye Street, NW
Washington, DC 20006
Telephone: (202) 383-5300

*Attorneys for Defendants Samsung Electronics Co., Ltd., and Samsung Electronics America, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on April 11, 2025, to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Local Rule CV-5(a)(3).

*/s/ Xin-Yi Zhou*
Xin-Yi Zhou